FALLER v. RICHARDSON. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Mary Faller against Eliza Richardson. No opinion. Motion

to dismiss appeal denied, without costs, without prejudice to the right to renew upon sufficient papers.